**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VALENTINA MALLOZZI, on behalf of herself and others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**IRIS USA, INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO.  25-6035** |

## ORDER

**AND NOW,** this 22nd day of July 2026, upon consideration of Defendant's Motion to Dismiss [Doc. No. 11], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **GRANTED** as to Counts I (UTPCPL) and II (Common Law Fraud). Counts I and II are hereby **DISMISSED without prejudice**.

2. The Motion is **DENIED** as to Count III (Negligent Misrepresentation).

3. The Motion is **DISMISSED as moot** as to claims of emotional distress or consortium-related damages.

4. Plaintiff may file an amended complaint no later than **August 6, 2026**. If Plaintiff does not file an amended complaint, then Defendant shall file an answer to the Complaint no later than **August 20, 2026**.

It is so **ORDERED.**

BY THE COURT:
/s/ Cynthia M. Rufe, J.

_____

**CYNTHIA M. RUFE, J.**